[Cite as *State v. Gaspare*, 2024-Ohio-636.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## GEAUGA COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- vs -

GEORGE J. GASPARE,

        Defendant-Appellant.

**CASE NO. 2024-G-0006**

Criminal Appeal from the
Court of Common Pleas

Trial Court No. 2022 C 000253

---

## M E M O R A N D U M
## O P I N I O N

Decided:  February 20, 2024
Judgment:  Appeal dismissed

---

*James R. Flaiz,* Geauga County Prosecutor, Courthouse Annex, 231 Main Street, Suite 3A, Chardon, OH  44024 (For Plaintiff-Appellee).

*George J. Gaspare,* pro se, PID# A810-053, Lake Erie Correctional Institution, 501 Thompson Road, P.O. Box 8000, Conneaut, OH  44030 (Defendant-Appellant).


MATT LYNCH, J.

{¶1}   On January 19, 2024, appellant, George J. Gaspare, pro se, appealed the trial court's December 19, 2023 sentencing entry.  A timely notice was due January 18, 2024, which was not a holiday or weekend.

{¶2}   Thus, the appeal is untimely filed by one day.  In addition, there is already a timely appeal from the December 19, 2023 entry presently before this court in 11th Dist. Geauga No. 2024-G-0004, which would make this a duplicate appeal.

{¶3} "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4} This appeal is dismissed, sua sponte, as untimely and as a duplicate appeal.

MARY JANE TRAPP, J.,

JOHN J. EKLUND, J.,

concur.

Case No. 2024-G-0006